**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**VIRIDIANA SILVA,**

        **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No: 6:20-cv-782-PGB-LRH

**ANTHONY WONG SHUE, JUAN
ABREU and CITY OF
ORLANDO,**

        **Defendants.**
_____/

## ORDER

This Motion comes before the Court on Plaintiffs' Motion to Approve Attorney Ad Litem Report (Doc. 58 (the "**Motion**")) and Magistrate Judge Leslie R. Hoffman's Report and Recommendation regarding the Motion (Doc. 65 ("**R&R**")).

The Attorney Ad Litem Report advises the Court on whether a proposed settlement distribution is in the best interest of minors party to the case. (*Id.* at pp. 2, 4–5). Magistrate Judge Hoffman submitted an R&R recommending that the Attorney Ad Litem Report be approved as fair, reasonable, nor the product of collusion between the parties. (*Id.* at p. 7). All parties have jointly provided notice of their non-objection to Magistrate Judge Hoffman's R&R. (Doc. 66).

After an independent *de novo* review of the record in this matter, and noting that no objections were or will be filed, the Court agrees entirely with the findings of fact and conclusions of law in the R&R.

Therefore, it is **ORDERED** as follows:

1. The R&R filed October 10, 2021 (Doc. 65), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **APPROVES** the parties' proposed settlement agreement (Doc. 64), including the language referenced in Magistrate Judge Hoffman's R&R (Doc. 65, pp. 8–10), which is required by the annuity issuer to fund the structured annuity.

3. Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 22, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties